# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ODELL BOULWARE, | CV F   05-1565 REC LJO P |
| Plaintiff, | |
| v. | ORDER DIRECTING CLERK OF COURT TO RETURN LODGED DOCUMENTS TO PLAINTIFF |
| "GREEN WALL GANG," et. al., | |
| Defendants. / | |

Ruben Odell Boulware ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case was filed on December 9, 2005. Accompanying the Complaint were several exhibits submitted in support of the Complaint. Given the volume of the exhibits, the documents were "lodged" rather than scanned and filed. The documents are marked Exhibits "A - L" and are bound separately but attached by a rubber band to the Complaint.

Following a review of the Complaint, the Court finds that the allegations made and facts in support of the allegations are completely set forth in the Complaint itself and the lodged Exhibits appear to be merely evidentiary support for the claims made in the Complaint. However, it is inappropriate to attach exhibits to a complaint. See Rule 8, Federal Rules of Civil

Procedure. The Court cannot also serve as a repository for the parties' evidence. Originals or copies of evidence (i.e., prison or medical records, witness affidavits, etc.) should not be submitted until the course of litigation brings the evidence into question (for example, on a Motion for Summary Judgment, at trial, or when requested by the court). At this point, the submission of evidence is premature as the Plaintiff is only required to state a prima facie claim for relief. Accordingly, the Court will direct the Clerk of Court to return the documents to Plaintiff for safekeeping until such time as review by the Court is necessary.

    The Court HEREBY ORDERS:

1    The Clerk of Court is DIRECTED to return the lodged Exhibits submitted to the Court on December 9, 2005.

IT IS SO ORDERED.

**Dated:**   **January 18, 2006**            **/s/ Lawrence J. O'Neill**
b9ed48                                    UNITED STATES MAGISTRATE JUDGE