IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ruben Odell Boulware,<br><br>   Plaintiff,<br><br>vs.<br><br>Green Wall Gang, et al.,<br><br>   Defendants. | No. CV-05-1565-ROS (PC)<br><br>**ORDER** |

The Court has reviewed Plaintiff's Motion for Default Judgment (Doc. 30). Under Federal Rule of Civil Procedure 55, such a motion will only be considered if the Clerk of Court has entered a default against some or all of the defendants. Accordingly, Plaintiff's Motion will be denied without prejudice.

**IT IS ORDERED** Plaintiff's Motion for Default Judgment (Doc. 30) **IS DENIED**.

DATED this 13th day of July, 2009.

Roslyn O. Silver
United States District Judge