```
 1
 2
 3
 4
 5
 6                       IN THE UNITED STATES DISTRICT COURT
 7                      FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9  Rouben Odell Boulware,            )   No. CV-05-1565-ROS (PC)
                                      )
10         Plaintiff,                 )   ORDER
                                      )
11  vs.                               )
                                      )
12                                    )
    Ervin Jr., et al.,                )
13                                    )
           Defendants.                )
14                                    )
                                      )
15
```

16       **IT IS ORDERED** Defendant McNeal's Motion for Extension of Time, *Nunc Pro*

17 *Tunc*, to File an Untimely Answer (Doc. 46) **IS GRANTED.**

18       **FURTHER ORDERED** Defendant McNeal shall have **ten days** from the date of this

19 Order to file a response to the Request for an Order Reimbursing United States Marshal

20 Service Fees (Doc. 42). If no response is filed, the Request will be granted summarily.

21       **FURTHER ORDERED** the Clerk of the Court shall enter default as to Defendant

22 Armstrong.

23       **FURTHER ORDERED** because the United States Marshal was unable to obtain a

24 waiver of service from Defendant Trujillo, the Marshal shall immediately personally serve

25 copies of the Summons, the First Amended Complaint, and the Court's February 19, 2009

26 Order on Defendant Trujillo at Centinela State Prison, where he was located (See Doc. 29).

27 Within **10 days** after personal service is effected, the Marshal shall file the return of service

28 for Defendant Trujillo, along with evidence of the attempt to secure a waiver of service of

1 the summons and the costs subsequently incurred in effecting service upon Defendant. The
2 costs of service must be enumerated on the return of service form (USM-285).

3    DATED this 5th day of May, 2010.

_____
Roslyn O. Silver
United States District Judge