IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rouben Odell Boulware,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Ervin Jr., et al.,<br><br>　　　　Defendants. | No. CV-05-01565-ROS (PC)<br><br>**ORDER** |

　　　Having considered the United States Marshal's unopposed Request for an Order Reimbursing Service Fees pursuant to Federal Rule of Civil Procedure 4(d)(2), and good cause appearing,

　　　**IT IS ORDERED** the Request (Doc. 42) **IS GRANTED.**  Defendant McNeal shall reimburse the United States Marshal $56.10.

　　　DATED this 14th day of June, 2010.

　　　　　　　　　　　　　　　　　　　　　　/s/ Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　United States District Judge