IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ruben Odell Boulware,<br><br>  Plaintiff,<br><br>vs.<br><br>Ervin, Jr., et al.,<br><br>  Defendants. | No. CV-05-01565-ROS<br><br>**ORDER** |

**IT IS ORDERED** the **Clerk of the Court shall mail** a copy of this order and the following documents to Defendant Manuel at the address filed *ex parte* and **under seal** in Doc. 63:

  Amended Complaint (Doc. 21)

  Waiver of Service Returned Executed: T. Manuel (Doc. 28)

  Entry of Default (Doc. 44)

  Motion for Default Judgment (Doc. 45)

  Motion for Default Judgment (Doc. 49)

  Response (Doc. 57)

 For safety reasons, **Defendant Manuel's address shall not be revealed to Plaintiff or the public**.

1   **IT IS ORDERED** Defendant Manuel shall file an opposition to the motions for
2 default judgment (Docs. 45 and 49) on or before **March 24, 2011** or the Court will consider
3 those motions without Defendant Manuel's response.
4   DATED this 8th day of March, 2011.

_____
Roslyn O. Silver
Chief United States District Judge